# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:09cv36

| | |
|---|---|
| TRACY PALMER; DANIEL CLINE, and wife, CONNIE CLINE,<br><br>    Plaintiffs,<br><br>Vs.<br><br>ROCKY SPRINGS HOLDINGS, LLC; JOSEPH V. BENEDETTO; and C. DYLAN PELCHAT,<br><br>    Defendants. | ORDER |

**THIS MATTER** is before the court upon the court's own motion. The court wishes to advise the parties and their counsel that the trial of this matter is scheduled to begin at 9:30 a.m. in the United States Courthouse in Bryson City, NC on April 12, 2010. There shall be a pretrial conference which shall be held in accordance with the Local Rules of Practice and Procedure for the United States District Court for the Western District of North Carolina. This conference shall be held on Thursday, March 25, 2010 at 2:00 o'clock p.m. in courtroom #2 of the United States Courthouse in Asheville, NC.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the pretrial conference in this matter shall be held in courtroom #2 of the United States Courthouse in Asheville, NC on **March 25, 2010 at 2:00 o'clock p.m.** and the trial of this matter is scheduled to begin in the United States Courthouse in Bryson City, NC on **April 12, 2010 at 9:30 a.m.**

Signed: March 12, 2010

Dennis L. Howell
United States Magistrate Judge